**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>KODIE RAY GROUND ,<br><br>Defendant. | **CR-24-95-GF-BMM**<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on August 19, 2026. (Doc. 65.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on August 18, 2026. (Doc. 61.) The government accused Kodie Ground (Ground) of violating the conditions of her supervised release by: (1) failing to comply with substance abuse treatment

requirements on July 20, 2026; (2) failing to comply with substance abuse treatment on July 21, 2026; (3) using methamphetamine on July 21, 2026; (4) consuming alcohol on July 21, 2026; by: (5) being discharged from substance abuse treatment on August 13, 2026; and (6) prior to August 6, 2026, failing to follow the instructions of her probation officer by not staying at her reported residence nightly. (Docs. 56 and 60.)

At the revocation hearing, Ground admitted that she had violated the conditions as set forth in the Amended Petition. Judge Johnston advised Ground of her right to appeal and to allocute before the undersigned. (Doc. 61.)

Judge Johnston found that the violations Ground admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence until October 27, 2026 at 8:00 a.m. at which time she will be releaesed to United States Probation, with 33 months of supervised release to follow. Judge Johnston also recommended Ground be placed at a residential re-entry center for up to 180 days at the direction of her probation officer. (Doc. 65.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 65) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Kodie Rae Ground be sentenced to a term of custody until October

27, 2026, at which time she will be released to the custody of United States Probation, with 33 months of supervised release to follow. Ground shall be placed at a residential reentry center for up to 180 days at the direction of her probation officer.

DATED this 3rd day of September 2026.

Brian Morris, Chief District Judge
United States District Court